IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRENKALE BRUNSON                                                                      PLAINTIFF

v.                                         Case No. 4:14-cv-04048

CORPORAL ALLEN SANDERS;
SERGEANT MITCHELL MOON;
WARDEN MARTY BRAZZIL; and
SHERIFF RON STOVALL                                                                  DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed April 23, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 6). Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice on the grounds that Plaintiff has failed to comply with the federal rules of civil procedure and has failed to prosecute this matter.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, all of Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of May, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge